UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT RANCOURT,<br><br>Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>Defendant. | Civil Action No. 1:22-cv-10696-DPW |

**MEREDITH CORPORATION'S NOTICE OF SUPPLEMENTAL
AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE THAT Defendant Meredith Corporation respectfully brings to the Court's attention a recent decision from the Superior Court of Allen County, Indiana, issued by the Honorable Craig J. Bobay on May 4, 2023, which decision is relevant to Defendant's pending Motion to Dismiss Plaintiff's First Amended Complaint. ECF No. 61. Attached hereto as Exhibit A is a copy of *State of Indiana v. Tiktok, Inc. et al.*, Case No. 02D02-2212-PL-400 (Ind. Super. Court May 4, 2023), in which Judge Bobay denied the plaintiff's motion for a preliminary injunction due to a lack of personal jurisdiction, as the defendant's operation of the nationally available application TikTok was not sufficient to establish specific jurisdiction in Indiana under the federal "minimum contacts" analysis. *Id.* at 18–22.

Dated: May 11, 2023                              Respectfully submitted,

                                                 Meredith Corporation

                                                 By Its Counsel,

                                                 /s/ Tiana Demas
                                                 Tiana Demas (*pro hac vice*)
                                                 COOLEY LLP
                                                 55 Hudson Yards
                                                 43rd Floor
                                                 New York, NY 10001
                                                 Telephone:  +1 212 479 6000
                                                 Facsimile:   +1 212 479 6275
                                                 tdemas@cooley.com

                                                 Adam Gershenson, BBO No. 671296
                                                 COOLEY LLP
                                                 500 Boylston Street
                                                 14th Floor
                                                 Boston, MA  02116-3736
                                                 Telephone: +1 617 937 2300
                                                 Facsimile:   +1 617 937 2400
                                                 agershenson@cooley.com

                                                 David E. Mills (*pro hac vice*)
                                                 Alexander J. Kasner (*pro hac vice*)
                                                 COOLEY LLP
                                                 1299 Pennsylvania Avenue, NW
                                                 Suite 700
                                                 Washington, DC  20004-2400
                                                 Telephone: +1 202 842 7800
                                                 Facsimile:   +1 202 842 7899
                                                 dmills@cooley.com
                                                 akasner@cooley.com

                                                 Kyle C. Wong (*pro hac vice*)
                                                 COOLEY LLP
                                                 3 Embarcadero Center, 20th Floor
                                                 San Francisco, CA 94111-4004
                                                 Telephone: +1 415 693-2029
                                                 Facsimile:   +1 415 693-2222
                                                 kwong@cooley.com

**CERTIFICATE OF SERVICE**

I, Tiana Demas, hereby certify that on this 11th day of May 2023, the foregoing notice, filed through the ECF system, will be sent electronically to the registered participants on the Notice of Electronic Filing, and paper copies will be sent to any non-registered participants.

/s/ *Tiana Demas*
Tiana Demas