UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


**Robert Rancourt**
*individually and on behalf of all others similarly situated*
    Plaintiff

v.                                 Civil Action No. 1:22-cv-10696-ADB

**Meredith Corporation**
    Defendant


SETTLEMENT ORDER OF DISMISSAL


BURROUGHS, D.J.

    The Court having been advised by Counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.


                                                             By the Court,

5/23/2024                                                ___/S/ Caetlin McManus
    Date                                                        Docket Clerk